```
                                    FILED
                          CLERK, U.S. DISTRICT COURT

                              APR 1 1 2011

                          CENTRAL DISTRICT OF CALIFORNIA
                          BY      CM            DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 08- 1454-PA |
| Plaintiff, ) | |
| vs. ) | ORDER OF DETENTION AFTER HEARING |
| LIONEL MARTINEZ- ) | [Fed.R.Crim.P. 32.1(a)(6); |
| MARTIN ) | 18 U.S.C. 3143(a)] |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist. CA _____ for alleged violation(s) of the terms and conditions of his/her [probation] (supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   ☒   The defendant has not met (his)/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on alleged possession of methamphetamine while on supervision, having been recently reinstated on S.R.; no verified best [illegible] into or jail resources

1 _____

2 _____

3 _____

4    and/or

5 B.    ( )   The defendant has not met his/her burden of establishing by

6       clear and convincing evidence that he/she is not likely to pose

7       a danger to the safety of any other person or the community if

8       released under 18 U.S.C. § 3142(b) or (c).  This finding is based

9       on:_____

10 _____

11 _____

12 _____

13

14    IT THEREFORE IS ORDERED that the defendant be detained pending

15 the further revocation proceedings.

16

17 Dated:    4/11/11

18

19                         _____

20                         UNITES STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28